# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERT CHRISTOPHER LITTON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF MILLERSVILLE, et al., )<br>)<br>Defendants. ) | NO. 3:18-cv-01101<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 34), which was filed on January 10, 2020. Through the Report and Recommendation, the Magistrate Judge recommends Defendant Richards' Motion to Dismiss (Doc. No. 22) be granted, and Defendant City of Millersville's Motion to Dismiss (Doc. No. 27) be granted in part and denied in part. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant Richards' Motion to Dismiss (Doc. No. 22) is **GRANTED**, and Defendant City of Millersville's Motion to Dismiss (Doc. No. 27) is **GRANTED** in part, and **DENIED** in part. Accordingly, D.L.'s claims against Defendant Richards and the City of Millersville are dismissed without prejudice; Mr. and Ms. Litton's claims against Defendant Richards are dismissed with prejudice; and Ms. Litton's claims against the City of Millersville are

dismissed with prejudice. Defendant Richards and Ms. Litton are dismissed from this action. Mr. Litton's claims against the City of Millersville shall proceed.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE