


EXHIBIT 5

# MILLERSVILLE POLICE DEPARTMENT GENERAL INCIDENT REPORT

**INCIDENT NUMBER:** 17-1190

ORIGINAL ☒
SUPPLEMENT ☐

| REPORTING OFFICER | EMP.# | REPORTED DATE & TIME | REC | ARR | COMP | OCCURRED BETWEEN TIME | DATE | OR TIME | ON DATE |
|---|---|---|---|---|---|---|---|---|---|
| Ofc. George Aldridge | 0123 | 10/14/17 23:49 | 23:49 | 23:51 | 03:45 | 2340 | 10/14/17 | 23:49 | 10/14/17 |
| Cpl. Eric Richards | 1138 | | | | | | | | |

| INCIDENT TYPE | CLASSIFICATION | INCIDENT ADDRESS | CITY | ZONE |
|---|---|---|---|---|
| Domestic Assault | 39-13-101 | 6801 Kelly Willis Road | Millersville | 2 |
| Alleged Child Abuse | 39-15-401 | 1000 Heather Drive | Millersville | 2 |

## COMPLAINT DESIGNATION CODES

**OFFENSE CODE**
- 11A ASSAULT AGGRAVATED
- 11B ASSAULT SIMPLE
- 50A BAD CHECKS
- 110 BURGLARY
- 90F DISTURBANCE FAMILY/NON VIOLENT
- 250 FORGERY
- 912 HARASSMENT
- 230 HIT & RUN ACCIDENT
- 992 MISSING PERSON
- 35A NARCOTICS
- 90Z OVERDOSE
- 90Z PROPERTY DAMAGE
- 952 RECOVERED PROPERTY
- 120 ROBBERY
- 30 RUNAWAY
- 90Z SUICIDE
- 90Z SUSPICIOUS INCIDENT
- 90Z TALK WITH OFFICER
- 210 THEFT FROM BUILDING
- 240 THEFT OF MOTOR VEHICLE
- 23C THEFT SHOPLIFTING
- 23H THEFT ALL OTHER
- 13C THREATS
- 290 VANDALISM
- 23F THEFT FROM VEHICLE

**LOCATION CODE**
- 02 FINANCIAL INSTITUTIONS
- 08 BAR/NIGHT CLUB
- 01 RELIGIOUS BUILDING
- 05 COMMERCIAL/OFFICE BLDG
- 03 CONVIENCE STORE
- 04 DEPARTMENT/DISCOUNT
- 09 DRUG STORE/DOC OFC/HOSPITAL
- 11 GOVERNMENT/PUBLIC BLDG
- 12 GROCERY/SUPERMARKET
- 13 HIGHWAY/ROAD/ALLEY/STREET
- 17 LIQUOR STORE
- 14 PARKING LOT/GARAGE
- 15 RENTAL/STORAGE BUILDING
- 20 RESIDENCE/HOME/APARTMENT
- 21 RESTAURANT
- 22 SCHOOL/COLLEGE
- 24 SPECIALTY STORE

**INVOLVEMENT CODE**
- V- VICTIM
- C- COMPLAINANT
- W- WITNESS
- S- SUSPECT

**WEAPON/FORCE BLOCK**
- 11 FIREARM (TYPE NOT STATED)
- 12 HANDGUN
- 13 RIFLE
- 14 SHOTGUN
- 15 OTHER FIREARM
- 20 KNIFE/CUTTING INSTRUMENT
- 30 BLUNT OBJECT (CLUB, ETC)
- 35 MOTOR VEHICLE (AS WEAPON)
- 40 PERSONAL WEAPONS
- 50 POISON (INCLUDES GAS)
- 60 EXPLOSIVES
- 65 FIRE/INCENDIARY DEVICE
- 70 DRUGS/NARC /SLEEPING PILLS
- 80 OTHER
- 95 UNKNOWN
- 99 NONE

| OFFENSE CODE | ATTEMPT | ALCOHOL/DRUGS | LOC CODE | WEAPON CODE | INVESTIGATOR |
|---|---|---|---|---|---|
| 13B | YES ☒ NO ☐ | YES ☐ NO ☒ | 18 | 40 | YES ☐ NO ☒ |

| KEY IN VEHICLE | VEHICLE LOCKED | REG. IN VEHICLE | TITLE IN VEHICLE | AUTO | BUS/TRUCK | OTHER |
|---|---|---|---|---|---|---|
| YES ☐ NO ☐ | YES ☐ NO ☐ | YES ☐ NO ☐ | YES ☐ NO ☐ | ☐ | ☐ | ☐ |

| VEHICLE STOLEN | VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | STYLE | COLOR | VALUE |
|---|---|---|---|---|---|---|
| YES ☐ NO ☐ | NA | NA | NA | NA | NA | |

| LIC. YEAR | LIC. STATE | LIC. NUMBER | V.I.N. | DISPOSITION |
|---|---|---|---|---|
| NA | NA | NA | NA | NA |

| | NAME | RACE/SEX | D.O.B. | HAIR/EYE | HGT. | WT. | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|---|
| V | Dorothy Ann Litton | W/F | 07/04/03 | BR/BR | 5'5 | 130 | (615) 310-5421 | |

ADDRESS: 1000 Heather Drive, Millersville, TN 37072
SOCIAL SECURITY #: [redacted]
EMPLOYER: None
DL #: NA

| | NAME | RACE/SEX | D.O.B. | HAIR/EYE | HGT. | WT. | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|---|
| S | Robert C. Litton | W/M | 04/15/72 | BN/BL | 5'10 | 175 | (615) 310-5421 | |

ADDRESS: 119 Sanders Ferry Road, Hendersonville, TN 37075
SOCIAL SECURITY #: [redacted]
EMPLOYER: Unknown

| | NAME | RACE/SEX | D.O.B. | HAIR/EYE | HGT. | WT. | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|---|
| S | Jennifer Marie Litton | W/F | 10/30/73 | BR/HZ | 5'2 | 175 | (615) 310-5421 | |

ADDRESS: 1000 Heather Drive, Millersville, TN 37072
SOCIAL SECURITY #: [redacted]
EMPLOYER: Unemployed

## PROPERTY

| 16 CATEGORY CODE | PROPERTY DESCRIPTION (INCLUDE MAKE, MODEL, SIZE, TYPE, COLOR, ETC.) | QUANITY | 17 VALUE | 18 TYPE LOSS | SERIAL NUMBER | 19 DATE RECOVERED (MM/DD/YY) | 20 RECOVER QTY. | RECOVERED VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

IF THE OFFENSE IS ARSON AND THE PROPERTY WAS A STRUCTURE, WAS THE STRUCTURE OCCUPIED? ☐ YES ☐ NO

Declaration of George Aldridge-Exhibit 5

## Millersville Police Department
Incident Report Supplemental Persons Property Vehicles

**INCIDENT NUMBER: 17-1190**

| | NAME | RACE/SEX | D.O.B. | HAIR/EYE | HGT. | WT. | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|---|
| W | James Walton Biles | W/M | 10/01/76 | BL/BL | 6'2 | 250 | (615) 812-7219 | |
| | ADDRESS: 115 Fisher Street, Millersville, TN 37072 | SOCIAL SECURITY # | | EMPLOYER: Unknown | | | | DL # |
| W | Tracey Renae Goodwin | W/F | 09/30/80 | BR/HZ | 5'7 | 260 | (615) 668-4391 | |
| | ADDRESS: 6711 Greenbrier Cemetary Road, Greenbrier, TN 37073 | SOCIAL SECURITY # | | EMPLOYER: Highland Rim Speedway | | | | DL # |
| W | Ashley N. Criswell | W/F | 02/06/92 | BR/HZ | 5'6 | 225 | (615) 739-3194 | |
| | ADDRESS: 3379 Worsham Springs Road, Greenbrier, TN 37073 | SOCIAL SECURITY # | | EMPLOYER: Highland Rim Speedway | | | | DL # |
| W | Steven Paul Harter | W/M | 08/29/74 | BR/HZ | 5'11 | 185 | (615) 330-6754 | |
| | ADDRESS: 135 North Street, Portland, TN 37148 | SOCIAL SECURITY # | | EMPLOYER: Unknown | | | | DL # |

### PROPERTY

| 16 CATEGORY CODE | PROPERTY DESCRIPTION (INCLUDE MAKE, MODEL, SIZE, TYPE, COLOR, ETC.) | QUANTITY | 17 VALUE | 18 TYPE LOSS | SERIAL NUMBER | 19 DATE RECOVERED (MM/DD/YY) | 20 RECOVER QTY. | RECOVERED VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

IF THE OFFENSE IS ARSON AND THE PROPERTY WAS A STRUCTURE, WAS THE STRUCTURE OCCUPIED? ☐ YES ☐ NO

**PROPERTY CATEGORY TABLE (ENTER NUMBER IN CODE COLUMN ABOVE)**
- 01 AIRCRAFT
- 02 ALCOHOL
- 03 AUTOMOBILES
- 04 BICYCLES
- 05 BUSES
- 06 CLOTHES / FURS
- 07 COMPUTER HARDWARE/SOFTWARE
- 08 CONSUMABLE GOODS
- 09 CREDIT/DEBIT CARDS
- 10 DRUGS/NARCOTICS
- 11 DRUG/NARCOTIC EQUIPMENT
- 12 FARM EQUIPMENT
- 13 FIREARMS
- 14 GAMBLING EQUIPMENT
- 15 HEAVY CONSTRUCTION INDUSTRIAL EQUIPMENT
- 16 HOUSEHOLD GOODS
- 17 JEWELRY/PRECIOUS METALS
- 18 LIVESTOCK
- 19 MERCHANDISE
- 20 MONEY
- 21 NEGOTIABLE INSTRUMENTS
- 22 NONNEGOTIABLE INSTRUMENTS
- 23 OFFICE-TYPE EQUIPMENT
- 24 OTHER MOTOR VEHICLES
- 25 PURSES/HANDBAGS/WALLETS
- 26 RADIOS/TVS/VCRS
- 27 RECORDINGS-AUDIO/VISUAL
- 28 RECREATIONAL VEHICLES
- 29 STRUCTURES SINGLE OCCUPANCY DWELLINGS
- 30 STRUCTURES-OTHER DWELLINGS
- 31 STRUCTURES/OTHER COMMERCIAL/BUSINESS
- 32 STRUCTURES-INDUSTRIAL MANUFACTURING
- 33 STRUCTURES- PUBLIC/ COMMUNITY
- 34 STRUCTURES-STORAGE
- 35 STRUCTURES-OTHER
- 36 TOOLS-POWER/HAND
- 37 TRUCKS
- 38 VEHICLE PARTS/ACCESSORIES
- 39 WATERCRAFT
- 77 OTHER
- 88 PENDING INVENTORY
- 99 SPECIAL

**TYPE OF PROPERTY LOSS / ETC. (ENTER NUMBER IN TYPE PROPERTY LOSS COLUMN ABOVE)**
1. NONE  2. BURNED  3. COUNTERFEITED / FORGED  4. DAMAGED / DESTROYED  5. RECOVERED  6. SEIZED  7. STOLEN  8. UNKNOWN

| KEY IN VEHICLE YES ☐ NO ☐ | VEHICLE LOCKED YES ☐ NO ☐ | REG. IN VEHICLE YES ☐ NO ☐ | TITLE IN VEHICLE YES ☐ NO ☐ | AUTO ☐ | BUS/TRUCK ☐ | OTHER ☐ |
| VEHICLE STOLEN YES ☐ NO ☐ | VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | STYLE | COLOR | VALUE |
| LIC. YEAR | LIC. STATE | LIC. NUMBER | V.I.N. | DISPOSITION | | |
| KEY IN VEHICLE YES ☐ NO ☐ | VEHICLE LOCKED YES ☐ NO ☐ | REG. IN VEHICLE YES ☐ NO ☐ | TITLE IN VEHICLE YES ☐ NO ☐ | AUTO ☐ | BUS/TRUCK ☐ | OTHER ☐ |
| VEHICLE STOLEN YES ☐ NO ☐ | VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | STYLE | COLOR | VALUE |

INCIDENT NUMBER 17-1190

PROPERTY CATEGORY TABLE (ENTER NUMBER IN CODE COLUMN ABOVE)
01 AIRCRAFT              10 CREDIT/DEBIT CARDS         17 JEWELRY/PRECIOUS METALS    26 RADIOS/TVs/VCRs           11 STRUCTURES-OTHER            36 TOOLS-POWER/HAND
02 ALCOHOL               10 DRUG/NARCOTICS             18 LIVESTOCK                  27 RECORDINGS-               COMMERCIAL/BUSINESS            17 TRUCKS
03 AUTOMOBILES           11 DRUG/NARCOTIC EQUIPMENT    19 MERCHANDISE                AUDIO/VISUAL                 32 STRUCTURES-INDUSTRIAL      38 VEHICLE
04 BICYCLES              12 FARM EQUIPMENT             20 MONEY                      28 RECREATIONAL VEHICLES     MANUFACTURING                 PARTS/ACCESSORIES
05 BIKES                 13 FIREARMS                   21 NEGOTIABLE INSTRUMENTS     29 STRUCTURES-SINGLE         33 STRUCTURES- PUBLIC/         39 WATERCRAFT
06 CLOTHES / FURS        14 GAMBLING EQUIPMENT         22 NONNEGOTIABLE INSTRUMENTS  OCCUPANCY DWELLINGS          COMMUNITY                      77 OTHER
07 COMPUTER              15 HEAVY CONSTRUCTION         23 OFFICE-TYPE EQUIPMENT      30 STRUCTURES-OTHER          11 STRUCTURES-STORAGE          88 PENDING INVENTORY
HARDWARE/SOFTWARE        INDUSTRIAL EQUIPMENT          24 OTHER MOTOR VEHICLES       DWELLINGS                    35 STRUCTURES-OTHER            99 SPECIAL
08 CONSUMABLE GOODS      16 HOUSEHOLD GOODS            25 PURSES/HANDBAGS/WALLETS

INCIDENT NUMBER: 17-1193

TYPE OF PROPERTY LOSS / ETC. (ENTER NUMBER IN TYPE PROPERTY LOSS COLUMN ABOVE)
1. NONE    2. BURNED    3. COUNTERFEITED / FORGED    4 DAMAGED / DESTROYED    5. RECOVERED    6. SEIZED    7. STOLEN    8. UNKNOWN

## CONTINUATION AND NARRATIVE

On 10/14/17 at 2349 hours Officers were dispatched to The Highland Rim Speedway in reference to a child possibly being abused. When Officers pulled into the racetrack there were people waving us down in the parking lot. Officers then made contact with the suspect Robert Litton who stated that his daughter, Dorothy Litton, had lied to him and her mother, Jennifer Litton, about where she was supposed to be. According to Robert and Jennifer, they found out their daughter Dorothy was brought to the Highland Rim Speedway, so they went to pick her up and bring her home.

Robert stated that Dorothy was upset she had got caught lying and refused to go home with him or her mother. Robert also stated that James Biles was upset with the way he was treating his daughter Dorothy so, he threatened him in an aggressive manner but he was pulled back by somebody.

Officers talked to witnesses that were at the racetrack and all witnesses stated that Dorothy was being dragged by the arm and Robert Litton slammed her against their vehicle. When I asked Dorothy if she was hit she stated that either her father Robert or her mother Jennifer slammed her against the car. Due to the witness and victim statements I, Officer Aldridge, transported Mr. Robert Litton to the Robertson County Detention Center and charged him with Domestic Assault. Corporal Richards stayed behind with the juvenile Dorothy and Jennifer Litton.

### DRUGS

| | | 25 SUSPECTED DRUG TYPE | 26 ESTIMATED QUANITY | 27 TYPE MEASURMENT | DRUG TYPES: A. CRACK COCAINE B. COCAINE (OTHER) C. HASHISH D. HEROIN E. MARIJUANA F. MORPHINE G. OPIUM H. OTHER NARCOTICS I. LSD | J. PCP K. OTHER HALLUC. L. AMPHET / METHAM. M. OTHER STIMULANTS N. BARBITURATES O. OTHER DEPRESSANTS P. OTHER DRUGS U. UNKNOWN TYPE X. OVER THREE (3) | TYPE OF DRUG MEASUREMENT: WEIGHT: CAPACITY: UNITS: GM GRAM  ML MILLITER  DU DOSAGE UNIT KG KILOGRAM LT LITER  NP NUMBER PLANTS OZ OUNCE  FO FLUID OUNCE  XX NOT REPORTED LB POUND  GL GALLON |
|---|---|---|---|---|---|---|---|
| DRUGS | Drug #1: | | | | | | IF MARIJUANA, COMPLETE THE FOLLOWING: 27  28  29  30 |
| | Drug #2: | | | | ☐SUSPECTED ARRESTED  ☐WEAPON CONFISCATED | | ☐INDOOR  NUMBER OF  LATITUDE:  LONGITUDE: ☐OUTDOOR  PLOTS: |
| | Drug #3: | | | | ☐FOUND  TYPE WEAPON ☐CONFISCATED – NO ARREST | | ☐BOTH |

| REPORTING OFFICER | BADGE | UNIT | APPROVING SUPERVISOR |
|---|---|---|---|
| Ofc. George Aldridge | 123/0123 | P-50 | |
| Cpl. Eric Richards | 105/1138 | P-54 | |

Declaration of George Aldridge-Exhibit 5

| STATUS | ACTIVE ☐ PENDING ☐ INACTIVE ☐ CLOSED ☒ | | ASSIGNED TO | AUTHORITY | DATE |
|---|---|---|---|---|---|
| NCIC/TIES ENTRIES HAVE BEEN MADE BY: | | DATE | ALL ITEMS HAVE BEEN CLEARED FROM NCIC/TIES BY: | | DATE |