Declaration of George Aldridge-Exhibit 3

 

# MILLERSVILLE CITY COURT
1246 LOUISVILLE HIGHWAY, MILLERSVILLE, TN 37072
PHONE: 615-859-0880  FAX: 615-851-1825

CASE #: _____

## UNIFORM STATEMENT FORM

**FULL LEGAL NAME:** Steven P. Harter
**ADDRESS:** 135 North Street, Portland
**STATEMENT LOCATION:** Highland Rim Speedway

**DATE OF BIRTH:** 08-29-74
**HOME PHONE:** 615-330-6754
**SSN:** [redacted]
**DATE OF STATEMENT:** 10-15-17

THE FOLLOWING STATEMENT WAS GIVEN VOLUNTARILY BY ME TO _____, WHO WAS IDENTIFIED AS A POLICE OFFICER WITH THE MILLERSVILLE POLICE DEPARTMENT.

I Steven Harter was walking to the office when I saw this man & woman was dragging a what appeared a 13 year old away from the fence in the grandstands so I walked behind them and the child was screaming I don't want to go with him and when they got to there Blue Jeep They slammed her on the side of the car, so I approched him and asked him his relation to her and he just looked up and the police showed up.

*[signature]*

SIGNED: _____    PAGE ___ OF ___.


Declaration of George Aldridge-Exhibit 3

 

# MILLERSVILLE CITY COURT
1246 LOUISVILLE HIGHWAY, MILLERSVILLE, TN 37072
PHONE: 615-859-0880  FAX: 615-851-1825

CASE #: _____

## UNIFORM STATEMENT FORM

FULL LEGAL NAME: Ashley Nicole Criswell
ADDRESS: 3374 Worsham Springs Rd
Greenbrier, TN 37073
STATEMENT LOCATION: Highland Rim Speedway

DATE OF BIRTH: 02/06/1992
HOME PHONE: 615-739-3194 Cell
SSN: ███████
DATE OF STATEMENT: 10-14-2017

THE FOLLOWING STATEMENT WAS GIVEN VOLUNTARILY BY ME TO _____, WHO WAS IDENTIFIED AS A POLICE OFFICER WITH THE MILLERSVILLE POLICE DEPARTMENT.

I saw the man in the orange shirt pin the girl against the fence as she tried to get away. She yelled, "I'm not going home with you!" The woman in the pink shirt and man in the orange shirt proceeded to grab her arms and drag her to the gate. I heard commotion and heard people saying she was shoved against the vehicle and then I saw her struggling to get away from the man and woman.

SIGNED: _____
PAGE ___ OF ___.

Declaration of George Aldridge-Exhibit 3




# MILLERSVILLE CITY COURT
1246 LOUISVILLE HIGHWAY, MILLERSVILLE, TN 37072
PHONE: 615-859-0880  FAX: 615-851-1825

CASE #: _____

UNIFORM STATEMENT FORM

FULL LEGAL NAME: Tracey Renae Goodwin
DATE OF BIRTH: 9-30-80
ADDRESS: 6711 Cemetery Rd.
Greenbrier, Tn 37013
HOME PHONE: 615-6108-4391
SSN: [redacted]
STATEMENT LOCATION: Highland Rim Speedway
DATE OF STATEMENT: 10/15/17

THE FOLLOWING STATEMENT WAS GIVEN VOLUNTARILY BY ME TO _____, WHO WAS IDENTIFIED AS A POLICE OFFICER WITH THE MILLERSVILLE POLICE DEPARTMENT.

Closer to the end of the races, Skyle was approached by a man that later said was her uncle. He had her sit on the bleachers and as he was talking to her she was crying-looked terrified-telling him she wasn't getting in the car with him, as she continuously kept backing away from him. Awhile later a lady showed up (claiming to be her mom) & was fussing at her saying yes you're coming with me. The lady first grabbed the girls arm and jerked her off the bleachers then the man grabbed her and they started pulling her while she cried trying to get away from them. They pushed her into the fence then continued dragging/pulling her towards the exit gate. Once they finally got to their car, they shoved the little girl against the car and the police showed up. We followed & motion video taped what happened just to keep this girl safe because she was extremely terrified. Once statements were given, I noticed the 2 adults that claimed to be mom + uncle were on their phones + laughing - I see absolutely nothing funny about the situation! I did try to video tape once they got to the vehicle but it was too dark.

SIGNED: Tracey Goodwin             PAGE ___ OF ___.

Declaration of George Aldridge-Exhibit 3

  

**MILLERSVILLE CITY COURT**
1246 LOUISVILLE HIGHWAY, MILLERSVILLE, TN 37072
PHONE: 615-859-0880  FAX: 615-851-1825

CASE #: _____

## UNIFORM STATEMENT FORM

| | |
|---|---|
| **FULL LEGAL NAME:** James Biles | **DATE OF BIRTH:** 10-1-76 |
| **ADDRESS:** 115 Fisher St Goodlettsville | **HOME PHONE:** 615-812-7219 |
| | **SSN:** ▮▮▮ |
| **STATEMENT LOCATION:** Highland Rim Speedway | **DATE OF STATEMENT:** 10-14-17 |

THE FOLLOWING STATEMENT WAS GIVEN VOLUNTARILY BY ME TO _____, WHO WAS IDENTIFIED AS A POLICE OFFICER WITH THE MILLERSVILLE POLICE DEPARTMENT.

On 10-14-17 At Highland Rim Speedway I James Biles witnessed the Man in the orange shirt sitting on the Bleachers talking to Sky Litton very angry upon the lady in the pink shirt Arrive she told him to get her and lets go sky stated several times she did not want to go she was tired of being abused they forcefuly made her get up and walking her out and as they were leaving I stated you dont have to Be forceful with her then the lady in the pink come up to me to explain who she was. As they were walking her out Both of them pushed Sky into the fence. I then stated Do not Do that again, As they walked sky out of the track to ther vehicle as they got to the vehicle Both of the (parents) slamed Her against the cars Thats when I intervend and Millersville PD Arrived on Scene.

SIGNED: _James Biles_                                    PAGE ___ OF ___.